```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 04 B 12305
   INELLA EVANS
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4360

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/29/2004 and was confirmed 06/14/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
UNIVERSAL CARD SERVICES   UNSEC W/INTER  NOT FILED          .00            .00
LVNV FUNDING LLC          UNSEC W/INTER    4974.13       577.04        4974.13
CHASE MANHATTAN AUTO FIN  SECURED          3357.75       180.09        3357.75
ECAST SETTLEMENT CORP     UNSEC W/INTER    7479.75       865.53        7479.75
CHASE MANHATTAN AUTO FIN  UNSEC W/INTER  NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER    2611.65       302.27        2611.65
GREENBERG & ASSOC         DEBTOR ATTY     2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                      1,380.66
DEBTOR REFUND             REFUND                                          26.13

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              24,455.00

PRIORITY                                         .00
SECURED                                     3,357.75
    INTEREST                                  180.09
UNSECURED                                  15,065.53
    INTEREST                                1,744.84
ADMINISTRATIVE                              2,700.00
TRUSTEE COMPENSATION                        1,380.66
DEBTOR REFUND                                  26.13
                     ---------------     ---------------
TOTALS               24,455.00             24,455.00




             PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 12305 INELLA EVANS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/20/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |